# United States Court of Appeals
FOR THE
SECOND CIRCUIT

———————

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of May, two thousand twenty one.

Present:     DEBRA ANN LIVINGSTON,
                       *Chief Judge*,
             GUIDO CALABRESI,
             ROSEMARY S. POOLER,
                       *Circuit Judges*.

———————————————————————————————

People of the State of New York by Letitia James, Attorney General of the State of New York,

                 *Plaintiff–Appellant—Cross–Appellee*,

                                        18-2454-cv
                                        18-2623-cv
            v.                          18-2627-cv
                                        18-2630-cv

Kenneth Griepp, Ronald George, Patricia Musco, Ranville Thomas, Osayinwense Okuonghae, Anne Kaminsky, Brian George, Sharon Richards, Deborah M. Ryan, Angela Braxton, Jasmine LaLande, Prisca Joseph, Scott Fitchett, Jr.,
                 *Defendants–Appellees—Cross–Appellants*,

———————————————————————————————

The petitions for rehearing are GRANTED. The panel hereby VACATES its previous opinion. Accordingly, the decision of the district court remains in place.

                 FOR THE COURT:
                 Catherine O'Hagan Wolfe, Clerk